| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | LUIS ROMERO-CASTRO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00104-LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY TIME OF |
| | ) RELEASE ON JULY 11, 2017; ORDER |
| vs. | ) |
| LUIS ROMERO-CASTRO, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Luis Romero-Castro, that Mr. Romero-Castro be released from the Fresno County Jail at 10:00 a.m. on July 11, 2017, to the custody of WestCare staff. The Court previously ordered Mr. Romero-Castro released at 2:00 p.m.; however, counsel has since learned that WestCare staff will be available to transport Mr. Romero-Castro at 10:00 a.m., rather than 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 6, 2017         */s/ Ross Pearson*
                           ROSS PEARSON
                           Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: July 6, 2017         */s/ Erin Snider*
                           ERIN SNIDER
                           Assistant Federal Defender
                           Attorney for Defendant
                           LUIS ROMERO-CASTRO


## **ORDER**

The Court hereby Orders that the defendant Luis Romero-Castro be released from the Fresno County Jail to the custody of WestCare staff on July 11, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**July 6, 2017**__             /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE