PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-104-LJO-SKO |
|---|---|
| Plaintiff, | MOTION TO DISMISS VIOLATION PETITION |
| v. | |
| LUIS ROMERO-CASTRO, | |
| Defendant. | |

The United States moves to dismiss the violation petition filed in this case on May 1, 2017 against Luis Romero-Castro (ECF #3). The petition alleged a new law violation for battery (Charge 1), unlawful use of a controlled substance (Charge 2), and failure to notify of a change in residence (Charge 3).

At a status hearing on September 19, 2017, United States Probation Officer Jose Figueroa. (ECF #19). At the hearing, Officer Figueroa indicated that the district attorney's office dismissed charges against Romero-Castro with regards to Charge 1. With regards to Charges 2-3, Officer Figueroa informed that Mr. Romero-Castro has received inpatient treatment services since July 11, 2017, will follow up with out-patient treatment in Mammoth Lakes, and has tested clean since July 11, 2017. Officer Figueroa recommended that the petition be dismissed, which recommendation was joined by the government. Thus, the United States moves to dismiss the violation petition in this case.

Dated: September 27, 2017			PHILLIP A. TALBERT
						United States Attorney


						By: /s/ JEFFREY A. SPIVAK
						    JEFFREY A. SPIVAK
						    Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: **September 28, 2017**			/s/ Lawrence J. O'Neill
						UNITED STATES CHIEF DISTRICT JUDGE